Mateo Z. Fowler (CA Bar No. 241295)
mateofowler@mzflaw.com
MZF LAW FIRM, PLLC
12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
Telephone: (281) 546-5172

Jason McManis (Pending *pro hac vice*)
jmcmanis@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062
Weining Bai (Pending *pro hac vice*)
wbai@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062

*Attorneys for Never-Search, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVER-SEARCH, INC.,<br><br>   *Plaintiff*,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>   *Defendant*. | CASE NO. 24-cv-3950<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Magistrate Judge Nathanael M. Cousins |

PLEASE TAKE NOTICE that Sujeeth Rajavolu of the law firm Ahmad, Zavitsanos & Mensing PLLC., and admitted to practice before this Court, hereby enters his appearance as counsel for Plaintiff Never-Search, Inc ("Never-Search") in the above-captioned matter.

Copies of all pleadings, papers, correspondence, electronic filing notices or communications of any kind regarding the above-styled and numbered should be directed to:

>Sujeeth Rajavolu
>California Bar No. 324669
>Ahmad, Zavitsanos & Mensing PLLC
>1221 McKinney, Ste. 2500
>Houston, TX 77010
>Telephone: (713) 655-1101
>Facsimile: (713) 655-0062
>srajavolu@azalaw.com

Dated: July 3, 2024

Respectfully submitted,

AHMAD, ZAVITSANOS & MENSING PLLC

By: */s/ Sujeeth Rajavolu*
    Sujeeth Rajavolu

**Attorney for Never-Search, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on July 3, 2024.

                                               /s/ Sujeeth Rajavolu  
                                               Sujeeth Rajavolu