UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEVER-SEARCH, INC.          ,

Plaintiff(s),

v.

MICROSOFT CORPORATION          ,

Defendant(s).

Case No. 4:24-cv-03950-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jason McManis_____, an active member in good standing of the bar of
Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: NEVER-SEARCH, INC._____ in the above-entitled action. My local co-counsel in this case is Mateo Zavaletta Fowler_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 241295_____.

1221 McKinney St., Suite 2500, Houston, TX 77010
MY ADDRESS OF RECORD

(713) 655-1101
MY TELEPHONE # OF RECORD

jmcmanis@azalaw.com
MY EMAIL ADDRESS OF RECORD

12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(281) 546-5172
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mateofowler@mzflaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24088032_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____0____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 7-10-2024                                             Jason McManis

5                                                                          APPLICANT

6

7

8                                    ORDER GRANTING APPLICATION

9                          FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Jason McManis                 is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____7/12/2024_____

16

17    _____Haywood S. Gill, Jr._____

18    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jason Scott McManis**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 2013.

I further certify that the records of this office show that, as of this date

**Jason Scott McManis**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 23th day of October, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9156C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.