| | |
|---|---|
| 1 | Sarah E. Piepmeier, Bar No. 227094 |
| 2 | SPiepmeier@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 505 Howard Street, Suite 1000<br>San Francisco, CA 94105 |
| 4 | Telephone: +1.415.244.7150<br>Facsimile:  +1.415.344.7350 |
| 5 | *Attorneys for Defendant Microsoft Corporation* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEVER-SEARCH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 4:24-cv-3950-RFL<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: July 19, 2024<br>Initial Response Date: August 9, 2024<br>New Response Date: September 23, 2024<br><br>Hon. Rita F. Lin |

-2-

1    WHEREAS, the summons and complaint were served on Defendant Microsoft Corporation ("Defendant") pursuant to Federal Rules of Civil Procedure on July 19, 2024;

WHEREAS, Defendant's response to the complaint is currently due on August 9, 2024;

WHEREAS, undersigned counsel for Plaintiff Never-Search Inc. ("Plaintiff") and undersigned counsel for Defendant have conferred and have agreed to an extension and that Defendant shall have until September 23, 2024 to respond to the Complaint;

WHEREAS, in accordance with Local Rule 6-1, this extension will not affect the date of an event or deadline already fixed by Court order;

WHEREAS, Plaintiff and Defendant hereby stipulate that the deadline for Defendant to respond to Plaintiff's Complaint in this matter shall be extended to September 23, 2024.

IT IS SO STIPULATED.

Dated: August 5, 2024                               **PERKINS COIE LLP**

By: */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, Bar No. 227094

*Attorneys for Defendant Microsoft Corporation*

-3-

| | | |
|---|---|---|
| 1 | Dated: August 2, 2024 | **AHMAD, ZAVITSANOS & MENSING, PLLC** |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Jason S. McManis*<br>Jason S. McManis |
| 5 | | *Attorneys for Plaintiff Never-Search, Inc.* |
| 6 | | Mateo Z. Fowler (CA Bar No. 241295)<br>MZF Law Firm, PLLC |
| 7 | | 11811 San Vicente Blvd<br>Los Angeles, CA 90049-5001 |
| 8 | | Telephone: (281) 546-5172 |
| 9 | | Jason S. McManis (pro hac vice)<br>Weining Bai (pro hac vice) |
| 10 | | AHMAD, ZAVITSANOS & MENSING, PLLC |
| 11 | | 1221 McKinney Street, Suite 2500<br>Houston, Texas 77010 |
| 12 | | (713) 655-1101<br>jmcmanis@azalaw.com |
| 13 | | wbai@azalaw.com |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that the concurrence in the filing of this document has been obtained from all signatories above.

Dated:  August 5, 2024                              **PERKINS COIE LLP**

                                                    By: */s/ Sarah E. Piepmeier*
                                                        Sarah E. Piepmeier, Bar No. 227094