1   Sarah E. Piepmeier, Bar No. 227094
    SPiepmeier@perkinscoie.com
2   PERKINS COIE LLP
    505 Howard Street, Suite 1000
3   San Francisco, California 94105-3204
    Telephone: +1.415.344.7000
4   Facsimile:  +1.415.344.7050

5   *Attorneys for Defendant Microsoft Corporation*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  NEVER-SEARCH, INC.,                    Case No. 3:24-cv-3950-RFL

12              Plaintiff,                 **MICROSOFT CORPORATION'S
                                           CERTIFICATION OF INTERESTED
13          v.                             ENTITIES OR PERSONS [Fed. R. Civ. P.
                                           7.1; Local Civil Rule 3-15]**
14  MICROSOFT CORPORATION,
                                           Hon. Rita F. Lin
15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Microsoft Corporation states

2    that no entity owns 10% or more of Microsoft's stock.

3         Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

4    named parties, the undersigned is not aware of any persons, associations of persons, firms,

5    partnerships, corporations, or other entities that have (i) a financial interest of any kind in the

6    subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest

7    that could be substantially affected by the outcome of the proceeding.

8    Dated:  August 5, 2024                    **PERKINS COIE LLP**

9

10                                             By: */s/ Sarah E. Piepmeier*

11                                                 Sarah E. Piepmeier, Bar No. 227094

12                                             *Attorneys for Defendant Microsoft Corporation*