Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Sarah Fowler (Bar No. 264838)
SFowler@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Phone: 650.838.4300
Facsimile: (650) 838-4500

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEVER-SEARCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 4:24-cv-3950<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:  July 19, 2024<br><br>Hon. Rita F. Lin |

-1-

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Sarah E. Fowler, an attorney with the firm Perkins Coie, LLP, and admitted to practice before this Court, hereby appears as counsel of record for Defendant Microsoft Corporation ("Microsoft"). Microsoft hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in this above-captioned matter be directed or served upon counsel at the address set forth below:

> Sarah E. Fowler
> sfowler@perkinscoie.com
> Perkins Coie, LLP
> 3150 Porter Dr.
> Palo Alto, CA 94304
> Telephone: (650) 838-4300
> Facsimile: (650) 838-4500

Dated:  August 12, 2024                    **PERKINS COIE LLP**

By: */s/ Sarah E. Fowler*
    Sarah E. Fowler (Bar No. 264838)

*Attorneys for Defendant Microsoft Corporation*