| | |
|---|---|
| Mateo Z. Fowler (CA Bar No. 241295)<br>mateofowler@mzflaw.com<br>**MZF Law Firm, PLLC**<br>12121 Wilshire Blvd, Suite 805<br>Los Angeles, California 90025<br>Telephone: (281) 546-5172<br><br>Jason S. McManis (*pro hac vice*)<br>**AHMAD, ZAVITSANOS & MENSING PLLC**<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>Telephone: (713) 655-1101 | Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone: +1.415.244.7150<br>Facsimile: +1.415.344.7350 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVER-SEARCH, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:24-cv-03950-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Never-Search, Inc. and Defendant Microsoft Corporation hereby submit this Joint Stipulation and Proposed Order to Continue the Case Management Conference, presently scheduled for October 2, 2024, to 15 days after a hearing on a forthcoming Rule 12(b)(6) Motions to Dismiss.

Never-Search filed this action in this District on July 1, 2024, asserting infringement by Microsoft of five patents: U.S. Patent Nos. 7,388,519, 8,219,318, 9,177,330, 9,152,981, and 11,372,903 (collectively, the "Asserted Patents"). ECF 1. There are two related cases before this Court, *Never-Search, Inc. v. Google, LLC*, 3:24-cv-03733-RFL (N.D. Cal.) ("Google Case"), and *Never-Search, Inc. v. Apple Inc.*, 3:24-cv-03945-RFL (N.D. Cal.) ("Apple Case"). These two cases both also have a Case Management Conference currently set for the same week.

Microsoft intends to file a partial Motion to Dismiss in this case. All of the Asserted Patents in this case are also asserted in the Google Case. Google has noticed its intent to file a Motion to Dismiss contending that all Asserted Patents are invalid under 35 U.S.C. § 101 in its case. This Court's Civil Standing Order provides that: "If a defendant files a motion to dismiss that is dispositive of the entire case, the parties may stipulate to move the initial case management conference to 15 days after the hearing on that motion." Standing Order at 3.

Never-Search and the defendants in these three related cases have discussed the case schedules and propose to keep the cases on a similar schedule to promote efficiency. In the Google Case, the Parties have stipulated, and the Court has approved, vacating the case management conference until 15 days after a hearing is held on Google's Motion to Dismiss in that case. *See* 3:24-cv-03733-RFL, ECF Nos. 28, 29.

Accordingly, the Parties have conferred and hereby stipulate to resetting the Case Management Conference to a date to be determined at the hearing on Microsoft's Motion to Dismiss, which date shall be the same date to which the Case Management Conference in the Google Case is reset.

A proposed order entering this Stipulation is attached herewith.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: September 11, 2024 | | Dated: September 11, 2024 |
| By: /s/ Jason McManis | | By: /s/ Sarah E Piepmeier |

Jason S. McManis
**AHMAD, ZAVITSANOS & MENSING PLLC**

*Attorney for Plaintiff*
Never-Search, Inc.

Mateo Z. Fowler (CA Bar No. 241295)
**MZF Law Firm, PLLC**
11811 San Vicente Blvd
Los Angeles, CA 90049-5001
Telephone: (281) 546-5172

Jason S. McManis (*pro hac vice*)
Weining Bai (*pro hac vice*)
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
wbai@azalaw.com

*Attorneys for Plaintiff*
Never-Search, Inc.

Sarah E. Piepmeier
**PERKINS COIE LLP**

*Attorney for Plaintiff*
Microsoft Corporation

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: +1.415.244.7150
Facsimile: +1.415.344.7350

*Counsel for Defendant*
Microsoft Corporation

Pursuant to the parties' stipulation, the Case Management Conference is hereby vacated and will be reset to a date to be determined at the hearing on Apple's Motion to Dismiss, which date shall be the same date to which the Case Management Conference is reset in *Never-Search, Inc. v. Google, LLC*, Case No. 3:24-cv-03733-RFL.

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                                Hon. Rita F. Lin
                                                United States District Judge

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatures listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED: September 11, 2024         /s/ Jason McManis

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of California using the CM/ECF System.

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).

DATED: September 11, 2024         /s/ Jason McManis